IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIMOTHY RICE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| C/O LAIR, Correctional Officer, LT. | : | |
| MARTIN, Correctional Officer, C/O | : | |
| BAZEMOORE, Correctional Officer and | : | |
| UNIT MANAGER LUPUS | : | NO. 21-5261 |

## ORDER

**NOW**, this 15th day of August, 2023, upon consideration of the Amended Complaint, Defendants' Answer to Amended Complaint, and the parties' submissions addressing exhaustion of administrative remedies, it is **ORDERED** that this action is **DISMISSED** for failure to exhaust administrative remedies**.**

TIMOTHY J. SAVAGE, J.